# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DERRICK JEROME SPENCER, | Case No. 18-cv-2639 (MJD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| M. RIOS,<br>*WARDEN*, | |
| Respondent. | |

This matter comes before the Court on Respondent M. Rios's Request to Extend Time to Respond to Petition (ECF No. 14). Respondent requests a short extension of time, up to and including December 19, 2018, to incorporate Petitioner Derrick Jerome Spencer's recently filed amendment, (ECF No. 10, filed December 13, 2018), into any response.

For good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Respondent's Request to Extend Time to Respond to Petition (ECF No. 14) is **GRANTED**.

2. Respondent shall file an answer to the Petition, including Spencer's amendment, on or before **December 19, 2018**, certifying the true cause and proper duration of Spencer's confinement and showing cause why the writ should not be granted in this case.

3. Respondent's answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Spencer's incarceration, in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact fully stating Respondent's legal position on Spencer's claims; and

   c. Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

4. If Spencer intends to file a reply to Respondent's answer, he must do so within 30 days of the date when the answer is filed.

5. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.


Date: December 18 , 2018*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Spencer v. Rios*
Case No. 18-cv-2639 (MJD/TNL)